USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x

PEDRO LIZ, on behalf of herself and all Others similarly situated,

          Plaintiffs,

  -against-

YESCOM USA, INC.,

          Defendant.

―――――――――――――――――――――――x

Civil Action No. 1:24-cv-570

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Pedro Liz, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: May 22, 2024

By: /s/ Gabriel Levy

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

---

Application GRANTED.   5/23/24

SO ORDERED.

/s/ Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE